**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THE BOLDT COMPANY, a Wisconsin Corporation, | ) ) ) | |
| Plaintiff and Counter-Defendant, | ) ) | Case No. 1:19-cv-08383 |
| vs. | ) ) | Honorable Judge Andrea R. Wood |
| BLACK & VEATCH CONSTRUCTION, INC., a Missouri corporation, | ) ) ) | Magistrate Judge Susan E. Cox |
| Defendant and Counter-Plaintiff. | ) ) ) | |

**[BOLDT PROPOSED] PRETRIAL ORDER[1]**

**I.     JURISDICTION**

This is an action for breach of contract.  The jurisdiction of the Court is invoked under 28 U.S.C. § 1332 because BVCI and Boldt are completely diverse and the amount in controversy exceeds the sum of $75,000 exclusive of interest and costs.  Jurisdiction is not disputed.

**II.     TRIAL ATTORNEYS**

Bruce W. Ficken, Kenneth A. Cushing, Eric A. Berg, and Randolph E. Ruff appearing as legal counsel for Boldt.

Rick Darke, Rosanne Ciambrone, and Nicole Mirjanich Moore appearing as legal counsel for BVCI.

---

[1] Preparation of the pretrial materials has been challenging as the parties await rulings related to Boldt's pending motion for reconsideration and the issues related to the scope of the trial discussed during the August 8, 2023 status conference.  Boldt expects that once the Court issues an order or orders with these rulings, one or both parties will need to revise or supplement their pretrial submissions.  Accordingly, Boldt reserves the right and specifically requests leave from the Court to revise its pretrial submissions, if necessary, following receipt of the Court's anticipated rulings.

III.    <u>CASE STATEMENT</u>

Boldt intends to submit a Case Statement once the Court issues an order or orders with rulings related to Boldt's pending motion for reconsideration and the issues related to the scope of the trial discussed during the August 8, 2023 status conference. Once Boldt reviews the Court's order(s), it will coordinate with BVCI to attempt to reach an agreed statement of the case and supplement the pretrial materials as appropriate.

Boldt does not agree with the proposed Case Statement presented by BVCI at this time.

IV.    <u>WITNESS LIST</u>

    *A.    Witnesses Boldt Will Call*

- <u>John Heck (Boldt)</u>. Mr. Heck is the Executive Vice President and General Manager of National Industrial and Power Operations at Boldt. He was involved in the project from bidding through termination. He was involved in Boldt's decision to stop crane work on September 6, 2019 due to the unsafe crane pads and site conditions. He also participated in the mid-September meetings with BVCI to attempt to resolve issues on the project.

- <u>Matt Hussin (Boldt)</u>. Mr. Hussin is the Director of Power Operations at Boldt and was the Project Executive for the Cardinal Point Project. He has personal knowledge of all aspects of the project, from bidding and contract negotiations all the way through and following Boldt's termination.

- <u>Dave Kievet (Boldt)</u>. Mr. Kievet is the President and Chief Operating Officer at Boldt. He was involved in Boldt's decision to stop crane work on September 6, 2019 due to the unsafe crane pads and site conditions. He also participated in the mid-September meetings with BVCI to attempt to attempt to resolve issues on the project.

- <u>Nilesh Zirpe (BVCI)</u>. Mr. Zirpe is a commercial project manager for BVCI. Mr. Zirpe was involved in evaluating Boldt's claims and was the designated BVCI corporate representative for several damages topics. He was also familiar with the impacts caused by GE and was involved in developing the $7 million claim BVCI presented to Capital Power due to Turbine Vendor-Caused Delay.

- <u>Sam Hadley (Boldt Expert)</u>. Ms. Hadley is a rebuttal expert witness on BVCI's alleged damages.

- <u>Sam Jorgensen (Boldt Expert)</u>. Mr. Jorgensen is an expert witness who will offer opinions about the crane pad design and construction at the project.

- <u>Larry Shapiro (Boldt Expert)</u>. Mr. Shapiro is an expert witness who will offer opinions about the ground support of the cranes, the decision-making process in the development of the ground support, adequacy of the assessment of site conditions, engineering design, development of solutions, norms of practice and execution in the field.

- <u>Peter Wade (Boldt Expert)</u>. Mr. Wade is an expert witness who will offer opinions about the project schedule and the causes of critical path delay. Following the Court's ruling on the pending reconsideration motion, Mr. Wade may also offer opinions on Boldt's damages.

### B. *Witnesses Boldt May Call*

- <u>Ken Brickner (Boldt – Former)</u>. Mr. Brickner was a Senior Manager of Financial Project Controls at Boldt and is now the President of KB Group Consultants, LLC. His team was responsible for some scheduling and billing functions in connection with the Cardinal Point Project. He has knowledge of project financials and Boldt's various acceleration options offered in September. He is unlikely to testify unless Boldt's alleged damages are part of the trial following the Court's ruling on the pending reconsideration motion.

- <u>Mitch Cole (Boldt)</u>. Mr. Cole is a Project Manager at Boldt. He was on site full time during Boldt's work and has knowledge about nearly all aspects of the project, including the impacts caused by GE and the poor crane pads and site conditions.

- <u>Gary Dowling (Boldt)</u>. Mr. Dowling is an Ironworker Superintendent at Boldt. He was substantially involved in Boldt's turbine offloading efforts before BVCI descoped this work in September and can speak to the various challenges faced on the project caused by GE and the poor site conditions.

- <u>Randy Haak (Boldt)</u>. Mr. Haak was General Counsel to Boldt and is now the Chief Legal Officer. He was involved in the contract negotiation with BVCI and Boldt's decision to stop crane work on September 6, 2019 due to the unsafe crane pads and site conditions.

- <u>David Rudolf (Boldt)</u>. Mr. Rudolf is a Vice President at Boldt. Mr. Rudolf participated in developing Boldt's proposal for the Cardinal Point Project. He joined the project late in September when he replaced Mr. Cole as Project Manager, not long before Boldt was terminated.

- <u>Dustin Schairer (Boldt)</u>. Mr. Schairer is a Project Planner at Boldt. He has knowledge of the project schedule and the impacts that affected the project schedule. He also submitted many of the notices of impacts to BVCI during the project.

- <u>Greg Schultz (Boldt)</u>.  Mr. Schultz is an Ironworker Labor Coordinator at Boldt. He served as a consultant to Boldt during the Cardinal Point Project and has knowledge of the poor site conditions.

- <u>Randy Gardner (Westwood)</u>.  Mr. Gardner is a Senior Director in Renewables at Westwood Professional Services.  Boldt retained Westwood during the project to assist with concerns over the poor site conditions and insufficient crane pads.  Mr. Gardner was involved in the engineering evaluation of those conditions.

- <u>Jim Liljegren (BVCI)</u>.  Mr. Liljegren is a geotechnical engineer at BVCI.  He was involved in BVCI's crane pad design, BVCI's search for justification of a 1.5 safety factor, and BVCI's re-evaluation and modification of crane pads during the project.

- <u>William "Sonny" Taunton (BVCI – Former)</u>.  Mr. Taunton was a construction manager for BVCI during the Cardinal Point Project.  He was on site at the end of June or beginning of July until mid-October.  Mr. Taunton was to be BVCI's liaison to Boldt, but was removed from that role shortly after Boldt began work.

*C.*      ***Witnesses Boldt May Present by Deposition***

- <u>Barry Roberson (Boldt – Former)</u>.  Mr. Roberson is an experienced crane operator.  He was employed by Boldt at the Cardinal Point Project and was operating the crane that performed lifts at site T-22.

- <u>Katherine Anderson (BVCI – Former)</u>.  Ms. Anderson was an Operations Manager handling Power Subcontracts at BVCI.  She was involved in the contract development and negotiation with Boldt, and in obtaining bids from other potential erection subcontractors.

- <u>Mike Bradley (BVCI)</u>.  Mr. Bradley is a Construction Manager at BVCI.  Mr. Bradley developed the idea for BVCI to use poly mats in the structural design of the crane pads and was the individual at BVCI in charge of the turbine offloading operation after BVCI descoped that work from Boldt.  He also has knowledge of BVCI property damage incidents after BVCI terminated Boldt.

- <u>Steve Costello (BVCI – Former)</u>.  Mr. Costello was a Renewable Energy Consultant at BVCI.  He helped design the wind turbine work areas.

- <u>Jimmy Fleenor (BVCI – Former)</u>.  Mr. Fleenor was a Renewable Energy Engineer at BVCI.  He was involved in the bidding, contract development and project planning phase and has knowledge about how the Boldt erection schedule fits within BVCI's overall project schedule.  He also has substantial experience in engineering design for wind farm projects and can speak to the process for evaluating the sufficiency of poly mats for use as a structural element of a crane pad.

- <u>Matt Helms (BVCI)</u>.  Mr. Helms is a Crane Specialist in Construction Equipment and Fleet Services at BVCI.  He was involved in the initial design of the crane pads and witnessed crane operations.

- <u>Frank Hoover (BVCI – Former)</u>.  Mr. Hoover was a Construction Manager at BVCI.  He was on site before and during Boldt's work. He was involved in the initial crane pad design and witnessed the GE deliveries.

- <u>Shawn King (BVCI – Former)</u>.  Mr. King was an Operations Manager at BVCI.  Mr. King was BVCI's on-site project lead from early September through completion.

- <u>Mike McCollam (BVCI)</u>.  Mr. McCollam is a Project Manager at BVCI.  He served as the project manager for the Cardinal Point Project, which includes oversight of both commercial and technical project issues.  He was involved in nearly every aspect of the project and is the signatory on many of the relevant letters sent by BVCI.

- <u>Seth McConnell (BVCI)</u>.  Mr. McConnell is a Field Structural Engineer at BVCI.  He was involved in the decision to utilize poly mats as a structural element of the crane pads, performed numerous engineering calculations related to the sufficiency of the crane pads, evaluated and re-calculated various lift plans, and has knowledge about BVCI's decision to modify the crane pads to use crushed stone beginning in mid-September 2019.

- <u>James Phelps (BVCI)</u>.  Mr. Phelps is a Site Contracts Manager at BVCI.  He was on site full time and was the primary point of contact for most of Boldt's notices of impact. Mr. Phelps authored most of BVCI's formal correspondence to Boldt.

- <u>Kelly Revell (BVCI – Former)</u>.  Mr. Revell was a Project Manager at BVCI. He was involved in the initial project development but was terminated in late July 2019.

- <u>Jason Schottler (BVCI)</u>.  Mr. Schottler is a Vice President and Director of Renewable Wind EPC at BVCI.  He arrived at the project in early September and was involved in the decision to descope Boldt's offloading work.  He also participated in the meetings between the parties in mid-September and has knowledge of the GE impacts, soil conditions, and decision to terminate.  He also appears to be BVCI's primary witness for BVCI's post-termination activities.

- <u>Michael (Steve) Stark (BVCI – Former)</u>.  Mr. Stark was a Vice President and Project Director at BVCI.  He acknowledged that GE was going to impact the project schedule and acknowledged that use of poly mats in the crane pads was delaying the project, which was why gravel was substituted.  He can also explain how Boldt's erection schedule and BVCI's overall project schedule are linked.

- <u>Matthew Martin (Capital Power)</u>.  Mr. Martin was designated as a corporate representative for the project owner, Capital Power, on various topics related to the project.  He testified regarding the nearly 3-month extension BVCI received for Boldt's erection schedule, the GE impacts, BVCI property damage incidents and recordable incidents, and Boldt's termination from the owner's perspective.

- <u>Joel Vasquez (TNT)</u>.  Mr. Vasquez is a Project Coordinator at TNT.  TNT provided lift plans and crane rentals to Boldt at the Cardinal Point Project.

- <u>Michael Willenborg (TNT)</u>.  Mr. Willenborg is a Vice President for the Crawler Crane and Project Division at TNT.  TNT provided lift plans and crane rentals to Boldt at the Cardinal Point Project.

## V.   <u>DEPOSITION DESIGNATIONS</u>

For each witness whose deposition Boldt may use in lieu of live testimony at trial, Boldt has attached a chart containing the following information: (1) Boldt's page and line number designations; (2) BVCI's objections and counter-designations; (3) Boldt's statement of admissibility in response to BVCI's objections; and (4) a column for the Court's ruling on each objection where needed.  With each chart, Boldt has also attached a corresponding highlighted transcript with Boldt's designations in yellow and BVCI's designations in blue.  Boldt's deposition designations are attached as Exhibits A-1 through A-26.

## VI.   <u>EXHIBIT LIST</u>

Boldt has attached a current exhibit list with documents that may reasonably be introduced to support Boldt's claims and defenses.  The exhibit list includes BVCI's objections and Boldt's responses to those objections.  Boldt has approached BVCI regarding a stipulation to authenticity of both parties' proposed exhibits, but the parties have not yet reached an agreement.  Boldt's exhibit list does not yet include exhibits related to Ms. Hadley's testimony, as her supplemental report is not due until September 15, 2023.  Following issuance of Ms. Hadley's supplemental report, Boldt will update its exhibit list.  Further, Boldt reserves the right to revise its exhibit list as appropriate following the Court's issuance of an order or orders with rulings

related to Boldt's pending motion for reconsideration and the issues related to the scope of the trial discussed during the August 8, 2023 status conference.  Boldt's exhibit list is attached as Exhibit B.

## VII.  DAMAGE ITEMIZATION

Under the current posture of the case, Boldt has no claim for damages to present at trial. If the Court grants Boldt's pending motion for reconsideration of the summary judgment order, Boldt will supplement the pretrial materials by submitting a damage itemization.

## VIII.  PROPOSED *VOIR DIRE*

Boldt has attached its proposed *voir dire* questions as Exhibit C.  BVCI has not objected to the proposed questions.  Boldt reserves the right to amend, supplement and modify its proposed *voir dire* questions.

## IX.  JURY INSTRUCTIONS AND VERDICT FORM

### A.  *Jury Instructions*

Boldt has attached proposed jury instructions as Exhibit D.  Boldt initially provided proposed jury instructions to BVCI on August 18.  BVCI provided objections to those proposed jury instructions on August 29.  On August 29, Boldt provided revised jury instructions to BVCI in the form attached as Exhibit D, which withdrew several instructions, modified several instructions, and added several instructions.  Boldt expects BVCI will provide similar objections to Boldt's revised proposed instructions.  Boldt will supplement the pretrial materials with BVCI's objections once received and will email both Boldt's proposed instructions and BVCI's objections to Proposed_Order_Wood@ilnd.uscourts.gov.  Boldt reserves the right to amend, supplement and modify its proposed jury instructions.

**B.** *Verdict Form*

Boldt intends to submit a proposed verdict form once the Court issues an order or orders with rulings related to Boldt's pending motion for reconsideration and the issues related to the scope of the trial discussed during the August 8, 2023 status conference. Once Boldt reviews the Court's order(s), it will coordinate with BVCI to attempt to agree on a verdict form and supplement the pretrial materials as appropriate.

BVCI has not yet shared a proposed verdict form with Boldt.

**X.** <u>MOTIONS *IN LIMINE*</u>

Simultaneously with this filing, Boldt has filed two motions *in limine* as follows:

- Dkt. 222. Boldt's Motion *in Limine* to Exclude BVCI Proposed Exhibits 2, 3, 4, 5, 8 and 9 as Hearsay; and

- Dkt. 223. Boldt's Motion *in Limine* to Preclude BVCI From Presenting Evidence or Argument that Termination of Boldt Was Based on Anything Other than Schedule Default.

_____
Andrea R. Wood
United States District Court

October __, 2023

8

Dated:  September 1, 2023                              THE BOLDT COMPANY

By: _/s/ Eric A. Berg_____

Randolph E. Ruff (ARDC # 6193537)           Bruce W. Ficken (*Pro Hac Vice*)
Eric A. Berg (ARDC # 6209624)               Kenneth A. Cushing (*General Bar*)
**OGLETREE, DEAKINS, NASH,**                **COZEN O'CONNOR**
  **SMOAK & STEWART, P.C.**        One Liberty Place
155 N. Wacker Drive, Suite 4300             1650 Market Street, Suite 2800
Chicago, IL 60606-1731                      Philadelphia, PA  19103
*randolph.ruff@ogletree.com*                *bficken@cozen.com*
*eric.berg@ogletree.com*                    *kcushing@cozen.com*
(312) 558-1220                              (215) 665-2000

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 1, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ Eric A. Berg